UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HART EMS MEDICAL SERVICES, PLLC,

       Plaintiff,

                          Case No. 06-CV-15407
vs.                          HON. GEORGE CARAM STEEH

THE M/V DETROIT PRINCESS, In Rem, et al.,

       Defendants.

_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
A FIRST AMENDED COMPLAINT (#6)

      In this maritime action, plaintiff Hart EMS Medical Services, PLLC, moves for leave to file a First Amended Complaint to add a claim under 46 U.S.C. §§ 31342, et seq., for enforcement of a statutory lien on providing necessities to a vessel.  Leave to amend a complaint is to be freely granted when justice so requires.  See Fed. R. Civ. P. 15(a).  Absent bad faith or dilatory motive on the part of the movant, leave to amend should be granted unless the amended claims would not survive a motion to dismiss.  Foman v. Davis, 371 U.S. 178, 182 (1962); Sinay v. Lamson & Sessions Co., 948 F.2d 1037, 1041-42 (6th Cir. 1991).  Defendants have not opposed the motion.  The proposed amended claim does not suggest bad faith or a dilatory motive, and does not appear to be subject to dismissal on its face.  Accordingly,

      Plaintiff's motion for leave to file a First Amended Complaint is hereby GRANTED.

      SO ORDERED.

Dated:  March 1, 2007

                                          s/George Caram Steeh_____
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon attorneys of record on March 1, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk