UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HART EMS MEDICAL SERVICES, PLLC,

    Plaintiff,

vs.

    Case No. 06-CV-15407
    HON. GEORGE CARAM STEEH

THE M/V DETROIT PRINCESS, In Rem, et al.,

    Defendants.
_____/

ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE
SETTLEMENT AGREEMENT (# 8), TAKING PLAINTIFF'S MOTION FOR SANCTIONS
(# 8) AND DEFENSE COUNSEL'S MOTION TO WITHDRAW (# 9)
UNDER ADVISEMENT, AND NOTICE OF HEARING ON MOTIONS FOR
SANCTIONS AND TO WITHDRAW

    For the reasons placed on the record following a March 12, 2007 Rule 16 Scheduling Conference,

    Plaintiff Hart EMS Medical Services, PLLC's motion to enforce settlement agreement is hereby GRANTED to the extent that judgment shall enter in favor of plaintiff and against the several defendants for $23,000.00 owing under the settlement plus $1000.00 in sanctions, for a total of $24,000.00.  Defendants will be credited with $13,000.00 toward payment of this $24,000.00 judgment debt if a $13,000.00 check tendered at the March 12, 2007 hearing by defense Counsel to plaintiff's Counsel is honored.  Plaintiff may immediately negotiate the $13,000.00 check without otherwise affecting plaintiff's rights to recover the full judgment debt.  Plaintiff's motion to hold corporate officer and director John Chamberlain in contempt of court, and defense Counsel's motion to withdraw as counsel, are hereby taken under advisement.  The parties are hereby notified to appear before this court on **APRIL 10, 2007 at 11:00 A.M., PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan, 48226 for

hearing on plaintiff's motion for contempt of court and defense Counsel's motion to withdraw. Corporate representative John Chamberlain is hereby ORDERED to personally appear at the April 10, 2007 hearing. Responses to the motions may be filed on or before April 2, 2007. Replies may be filed on or before April 7, 2007.

If full payment of the $24,000.00 owing to plaintiff by the defendants is made prior to April 10, 2007, the court will deny plaintiff's motion for contempt of court and defense counsel's motion to withdraw. In the event this Order is satisfied prior to hearing, this judgment shall be set aside and the matter dismissed with prejudice and without costs as provided in the settlement agreement of the parties.

SO ORDERED.

Dated: March 12, 2007

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 12, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk